

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2017

No. 04-17-00522-CR

Alberto **DELATORRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4247A
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 15, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court